IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

TONY DARWIN,
        Plaintiff,

vs.                              Case No. 5:08cv360/RH/MD

WARDEN PALMER, et al.,
        Defendants.

## REPORT AND RECOMMENDATION

This cause is before the court upon referral from the Clerk. Plaintiff has filed a motion to voluntarily dismiss this civil rights action (doc. 9). Pursuant to FED.R.CIV.P. 41(a)(1), this action should be dismissed.

Accordingly, it is respectfully RECOMMENDED:

1. That plaintiff's motion for voluntary dismissal (doc. 9) be GRANTED.

2. That this cause be DISMISSED WITHOUT PREJUDICE, and the clerk be directed to close the file.

At Pensacola, Florida, this 3rd day of March, 2009.

/s/ *Miles Davis*
MILES DAVIS
UNITED STATES MAGISTRATE JUDGE

### NOTICE TO THE PARTIES

Any objections to these proposed findings and recommendations must be filed within ten days after being served a copy thereof. <u>Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control</u>. A copy of objections shall be served upon all other parties. Failure to object may limit the scope of appellate review of factual findings. *See* 28 U.S.C. § 636; *United States v. Roberts*, 858 F.2d 698, 701 (11th Cir. 1988).