IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

TONY DARWIN,

    Plaintiff,

v.                                                                   CASE NO. 5:08cv360-RH/MD

WARDEN PALMER et al.,

    Defendants.

_____/

## ORDER OF DISMISSAL

This case is before the court on the magistrate judge's report and recommendation (document 10). No objections have been filed. Upon consideration,

IT IS ORDERED:

The report and recommendation is ACCEPTED and adopted as the court's opinion. The plaintiff's motion for voluntary dismissal (document 9) is GRANTED. The clerk must enter judgment stating, "This action is DISMISSED without prejudice under Federal Rule of Civil Procedure 41(a)." The clerk must close the file.

SO ORDERED on April 7, 2009.

                                                  s/Robert L. Hinkle
                                                Chief United States District Judge